■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GERARD PERKINS, Appellant. [824 NYS2d 740]—Appeal by the defendant from a judgment of the County Court, Orange County (Rosenwasser, J.), rendered October 29, 2004, convicting him of attempted criminal possession of a controlled substance in the fifth degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's waiver of his right to appeal was valid (*see People v Ramos,* 7 NY3d 737 [2006]) and precludes appellate review of his contention that he was denied the effective assistance of counsel, except to the extent that it may have affected the voluntariness of the plea (*see People v Eaton,* 14 AD3d 577 [2005]; *People v Pryor,* 12 AD3d 695 [2004]). Here, the defendant's plea of guilty was knowing, intelligent, and voluntary (*see People v Lewis,* 61 NY2d 9, 17).

The defendant's remaining contention is unpreserved for appellate review (*see People v Clarke,* 93 NY2d 904, 906 [1999]; *People v Pellegrino,* 60 NY2d 636, 637 [1983]; *People v Cumba,* 32 AD3d 444 [2006]). Florio, J.P., Mastro, Rivera and Spolzino, JJ., concur.